IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SOUTHERN UTAH WILDERNESS ALLIACE,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Department of the Interior, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES BUREAU OF LAND MANAGEMENT, and KENT HOFFMAN, in his official capacity as Deputy State Director, Division of Lands and Minerals,<br><br>Defendants. | **ORDER GRANTING MOTION TO TRANSFER RELATED CASE**<br><br>Case. No. 2:19-cv-00266<br>District Judge David Nuffer |

Based on Plaintiff Southern Utah Wilderness Alliance's Motion to Transfer Related Case ("Motion"),[1] pursuant to DUCivR 83-2(g), and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion[2] is GRANTED. The above-captioned case is transferred to District Judge David Nuffer.

Dated this 22nd day of April, 2019.

BY THE COURT:

_David Nuffer_
David Nuffer
United States District Judge

---

[1] Docket no. 20, filed Apr. 19, 2019.

[2] *Id*.