IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FRIENDS OF CEDAR MESA,<br><br>   Plaintiff,<br><br>v.<br><br>U.S. DEPT. OF THE INTERIOR, et al.,<br><br>   Defendants. | **Order Granting Motion to Consolidate Related Cases**<br><br>Case No. 4:19-cv-00013-DN-PK<br><br>District Judge David Nuffer |
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>   Plaintiff,<br><br>v.<br><br>DAVID BERNHARDT, et al.,<br><br>   Defendants | Case No. 2:19-cv-00266-DN<br><br>District Judge David Nuffer |

  Based on Southern Utah Wilderness Alliance's Unopposed Motion and Memorandum in Support to Consolidate Related Cases ("Motion"), [1] pursuant to DUCivR 42-1, and for good cause appearing,

---

[1] Docket no. 24, filed May 3, 2019.

IT IS HEREBY ORDERED that the Motion[2] is GRANTED. *Southern Utah Wilderness Alliance v. Dernhardt, et al.*, case no. 2:19-cv-00266-DN, is consolidated in to *Friends of Cedar Mesa v. U.S. Department of the Interior, et al.*, 4:19-cv-00013-DN-PK.

Signed this 6th day of May, 2019.

BY THE COURT:

David Nuffer
United States District Judge

---

[2] *Id*.